

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-25-00314-CV

---

TAC Total Automation Controls, Inc., TAC Insumos Industriales, S. de R de R.L. de C.V., Carlos Pablo Lara Elias, and Luis Ernesto Martinez Ontiveros, Appellants

v.

MSC Industrial Supply, S de R.L. de C.V. and MSC Import Export LLC, Appellees

---

On Appeal from the 34th District Court
El Paso County, Texas
Trial Court No. 2023-DCV-1459

---

## MEMORANDUM OPINION

The parties filed a joint motion to dismiss this interlocutory appeal, pursuant to Texas Rule of Appellate Procedure 42.1(a)(1). According to the motion, the parties have "settled the entire underlying litigation."

We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(1); *Summers v. Kuykendall*, No. 08-25-00290-CV, 2026 WL 1954397, at *1 (Tex. App.—El Paso July 6, 2026, no pet. h.) (mem. op.) Pursuant to the parties' agreement, each party shall bear its own costs of the appeal. *See* Tex. R. App. P. 42.1(d).


LISA J. SOTO, Justice

July 22, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.